UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



PS/CD

SAMUEL JESUS CRUZ CASTILLO,

Petitioner,

v.

19-CV-06461 CJS
ORDER

WILLIAM BARR, Attorney General of the USA and JEFFREY SEARLS, Field Office Director Buffalo Federal Detention Facility (BFDF),

Respondents.

*Pro se* Petitioner, Samuel Jesus Cruz Castillo, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he has been held by U.S. Immigration and Customs Enforcement pending removal proceedings in violation of the Constitution. *See generally* 8 U.S.C. § 1231(a)(1) (Attorney General, succeeded by the Secretary of Homeland Security for this purpose, must remove alien within 90 days of final order of removal), (a)(6) ("An alien ordered removed . . . may be detained beyond the [90-day] removal period . . ."); *Zadvydas v. Davis*, 533 U.S. 678, 700-01 (2001) (presumptive limit to reasonable duration of detention under § 1231(a)(6) is six months); *see also* 8 U.S.C. § 1226 (a),(c) (detention of aliens); *Jennings v Rodriguez*, 138 S. Ct. 830, 851 (2018) (reserving determination of merits of due process arguments regarding extended detention without bond). Petitioner therefore seeks relief under 28 U.S.C. § 2241. Docket Item 1. He has paid the $5.00 filing fee.

## ORDER

IT IS HEREBY ORDERED that within **45 days of the date of this Order,** Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

ORDERED that within **45 days of the date of this Order,** Respondents shall file and serve, in addition to their answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days of the date of this Order**, instead of their answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days after his receipt of the Respondents' answer or motion to dismiss** to file a written response; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENTS.**

SO ORDERED.

Dated: July 3, 2019
Rochester, New York

_____
CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE